THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
Samuel Laverne Jones,       
Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2003-UP-728
Submitted October 15, 2003  Filed December 16, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate 
 Defense, of Columbia,  for Appellant.
Deputy Director for Legal Services Teresa W. Knox, Legal Counsel 
 Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of S.C. Dept. of Probation, 
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant, Samuel Laverne Jones, 
 was sentenced to ten years, suspended upon service of three years with one-year 
 probation, for assault and battery of a high and aggravated nature.  Following 
 a probation revocation hearing, the court revoked one year of Jones suspended 
 sentence and continued his probation.  We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.  
 HUFF, STILWELL, and BEATTY, JJ., concur.